PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
NOAH SCHABACKER, Maryland Bar
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (303) 844-6232
    E-Mail: Noah.Schabacker@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKIE BENNETT,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | Case No.: 2:24-cv-02385-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from January 6, 2025, up to and including February 5, 2025. This is the Defendant's first request for an extension.

    This matter was assigned on December 12, 2024. Based on a review of the record, undersigned counsel requires additional time to explore settlement options. Defendant apologizes to the Court for any inconvenience caused by this delay. Undersigned counsel contacted Plaintiff's counsel on January 2, 2025, and he had no objection to this request.

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                            Respectfully submitted,

Dated:  January 3, 2025　　　　　/s/ *Francesco Benavides\**
　　　　　　　　　　　　　　　　(*as authorized via e-mail on January 2, 2025)
　　　　　　　　　　　　　　　　FRANCESCO BENAVIDES
　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated:  January 3, 2025　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　MATHEW W. PILE
　　　　　　　　　　　　　　　　Associate General Counsel
　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　By:　　/s/ *Noah Schabacker*
　　　　　　　　　　　　　　　　NOAH SCHABACKER
　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

　　　　　　　　　　　　　　　　Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 5, 2025, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:  January 6, 2025　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE