PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
NOAH SCHABACKER, Maryland Bar
Special Assistant United States Attorney
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (303) 844-6232
    E-Mail: Noah.Schabacker@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKIE BENNETT,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHELLE KING,<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | Case No.: 2:24-cv-2385-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from February 5, 2025, up to and including March 7, 2025.  This is the Defendant's second request for an extension.

    Based on a review of the record, undersigned counsel requires additional time to consult with his client.  Defendant apologizes to the Court for any inconvenience caused by this delay. Undersigned counsel contacted Plaintiff's counsel on February 4, 2025, and he had no objection to this request.

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Carolyn Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                Respectfully submitted,

Dated: February 4, 2025        /s/ *Francesco Benavides**
                                       (*as authorized via e-mail on February 4, 2025)
                                       FRANCESCO BENAVIDES
                                       Attorney for Plaintiff

Dated: February 4, 2025        PHILLIP A. TALBERT
                                       United States Attorney
                                       MATHEW W. PILE
                                       Associate General Counsel
                                       Social Security Administration

                                 By:    /s/ *Noah Schabacker*
                                               NOAH SCHABACKER
                                             Special Assistant U.S. Attorney

                                             Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including March 7, 2025, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   February 5, 2025

                                                     JEREMY D. PETERSON
                                                   UNITED STATES MAGISTRATE JUDGE