| | |
|---|---|
| 1 | MICHELE BECKWITH |
|   | Acting United States Attorney |
| 2 | MATHEW W. PILE, WSBA No. 32245 |
|   | Associate General Counsel |
| 3 | Office of Program Litigation, Office 7 |
| 4 | NOAH SCHABACKER, Maryland Bar |
|   | Special Assistant United States Attorney |

MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
NOAH SCHABACKER, Maryland Bar
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (303) 844-6232
    Email: Noah.Schabacker@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICKIE BENNETT, | CIVIL NO. 2:24-cv-02385-JDP |
|     Plaintiff, | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT;** ~~**[PROPOSED]**~~ **ORDER** |
|     v. | |
| LELAND DUDEK, | |
| Acting Commissioner of Social Security,[1] | |
|     Defendant. | |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Carolyn Colvin, Acting Commissioner of Social Security ("Commissioner"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner for further administrative proceedings.

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

STIPULATION TO REMAND

On remand, the Commissioner will develop the record as necessary; reconsider all relevant issues; offer the claimant the opportunity for a hearing; and issue a new decision.  The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  March 6, 2025                    */s/ Francesco P. Benavides\**
                                              FRANCESCO P. BENAVIDES
                                              Attorney for Plaintiff
                                              *Authorized via e-mail on March 5, 2025

                                              MICHELE BECKWITH
                                              Acting United States Attorney
                                              MATHEW W. PILE
                                              Associate General Counsel
                                              Office of Program Litigation, Office 7
                                              Social Security Administration

                          By:    */s/ Noah Schabacker*
                                              NOAH SCHABACKER
                                              Special Assistant United States Attorney

                                              Attorneys for Defendant

### [PROPOSED] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

IT IS SO ORDERED.

Dated:    March 6, 2025                                                    _____
                                                                               JEREMY D. PETERSON
                                                                               UNITED STATES MAGISTRATE JUDGE